```
IN THE UNITED STATES DISTRICT COURT
  FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DAVID MITCHELL CLAWSON,        )
                               )
           Petitioner,         )
                               )
      v.                       )   1:05CV357
                               )   1:03CR430-1; 1:03CR431-1
UNITED STATES OF AMERICA,      )
                               )
           Respondent.         )
```

## J U D G M E N T

On October 28, 2005, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. No objections were filed within the time limits prescribed by Section 636.

Therefore, the Court need not make a <u>de novo</u> review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that petitioner's motion to vacate, set aside or correct sentence (docket no. 1) is denied, that this action is dismissed, and that finding no substantial issue for appeal concerning the denial of a constitutional right affecting the conviction, nor a debatable procedural ruling, a certificate of appealability is denied.

This the day of April 7, 2006

                                    /s/ N. Carlton Tilley, Jr.
                                  United States District Judge